```
                                              FILED
                                           October 20, 2015
                                         CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
                                              CALIFORNIA

                                             DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOSHUA DENMAN PRICKETT, )<br>)<br>Defendant. ) | Case No. 2:15-cr-00198-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA DENMAN PRICKETT, Case No. 2:15-cr-00198-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of:

    ____   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

__X__   (Other) <u>Conditions as stated on the record.</u>

____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   10/20/2015   at   2:28 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge